**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CR. No. CR 05 77 S |
| v. | : | |
| | : | In Violation of 18 U.S.C. §§ 1344, 1028(a)(7), (c)(3)(A), and (b)(1)(D) and 1028A (a)(1) and (c)(5) |
| GBADEBO ADEBIYI | : | |

**INDICTMENT**

The Grand Jury charges that:

**INTRODUCTION**

1. At all times relevant to this Indictment:

a. Citizens Bank ("Citizens") was a financial institution with its deposits insured by the Federal Deposit Insurance Corporation ("FDIC"), with branches located in the District of Rhode Island.

b. Bank One was a financial institution with its deposits insured by the FDIC ("Bank One").

c. The Educational Resource Institute ("TERI") was a guarantor for student loans issued by First Marblehead Education Resources, Inc. ("First Marblehead").

d. First Marblehead was the student loan decision maker and disbursement agent for Bank One.

**Scheme to Defraud**

2. From in or about December 2003, and continuing until in or about April 2004, the exact dates being unknown to the Grand Jury, within the District of Rhode Island, and elsewhere, the defendant, GBADEBO ADEBIYI, knowingly executed, and attempted to execute a scheme and artifice to defraud Citizens, which was a federally insured financial institution, and to obtain money owned by and under the custody and control of Citizens, a federally insured financial institution, by means of false and fraudulent pretenses, representations, and promises.

**Object**

3. It was the object of the scheme that the defendant, GBADEBO ADEBIYI, would obtain and attempt to obtain money from Citizens by depositing checks fraudulently obtained from Bank One, TERI, and First Marblehead ("fraudulent deposits").

**Manner and Means**

4. The fraudulent deposits were obtained by the defendant by using false names and documents to obtain student loans to which he was not entitled.

5. It was part of the scheme to defraud that defendant, GBADEBO ADEBIYI, opened various accounts at Citizens using assumed names.

a. In or about December 2003, the defendant opened a checking and savings account at Citizens, account

numbers 16275659 ("Freda Checking Account") and 65999293 ("Freda Saving Account"), respectively, using the assumed name of Raymond J. Freda.

b. In or about February 2004, the defendant opened two checking accounts at Citizens, account numbers 16435184 ("Drasch Checking Account") and 14964287 ("Drasch Agency Account"), respectively, using the assumed name of Frederick J. Drasch. The Drasch Agency Account was a business account in the fictitious name of the Drasch Agency.

6. It was also part of the scheme that in February 2004, the defendant, GBADEBO ADEBIYI, deposited a check payable to the assumed name of Lance Freiman, in the amount of $30,000.00 into the Freda Checking Account ("Freiman Deposit"). The Freiman Deposit was fraudulently obtained from Bank One, First Marblehead, and TERI by the defendant who used the Freiman name to obtain a student loan to which he was not entitled.

7. It was also part of the scheme that in March 2004, the defendant, GBADEBO ADEBIYI, caused to be deposited a check payable to the assumed name of Gregory R. Johnson in the amount of $28,000.00 into the Freda Checking Account ("Johnson Deposit"). The Johnson Deposit was fraudulently obtained from Bank One, First Marblehead, and TERI by the defendant who used the Johnson name to obtain a student loan to which he was not

entitled.

8. It was also part of the scheme that in March 2004, the defendant, GBADEBO ADEBIYI, deposited a check payable to the assumed name of Michael L. Wayshak in the amount of $30,000.00 into the Drasch Agency Account at Citizens ("Wayshak Deposit"). The Wayshak Deposit was fraudulently obtained from Bank One, First Marblehead, and TERI by the defendant who used the Wayshak name to obtain a student loan to which he was not entitled.

**COUNTS 1 - 8**

**BANK FRAUD**

9. The allegations made in Paragraphs 1 through 8 above are incorporated by reference.

10. From in or about December 2003, and continuing until in or about April 2004, the exact dates being unknown to the Grand Jury, within the District of Rhode Island and elsewhere, the defendant, GBADEBO ADEBIYI, knowingly executed and attempted to execute a scheme and artifice to defraud Citizens, and to obtain money under the custody and control of Citizens, a federally insured financial institution, by means of false and fraudulent pretenses, representations, and promises, by withdrawing and attempting to withdraw money from Citizens as indicated in the following chart, with each such withdrawal and attempted withdrawal constituting a separate Count of this Indictment:

| COUNT | DATE (on or about) | WITHDRAWAL TYPE | AMOUNT |
|---|---|---|---|
| 1 | March 10, 2004 | Freda Checking Account check #223 payable to "cash." | $5,450.00 |
| 2 | March 11, 2004 | Freda Checking Account check #226 payable to "cash." | $4,500.00 |
| 3 | March 12, 2004 | Freda Checking Account check #228 payable to "cash." | $4,500.00 |
| 4 | March 17, 2004 | Freda Checking Account check #229 payable to "cash." | $5,050.00 |
| 5 | March 18, 2004 | Freda Checking Account check #230 payable to "cash." | $4,500.00 |
| 6 | March 19, 2004 | Freda Checking Account check #232 payable to "cash." | $4,250.00 |
| 7 | April 7, 2004 | Freda Checking Account check #234 payable to "cash." | $4,500.00 |
| 8 | April 2, 2004 | ATM Card # 5581070000344159 withdrawal from the Drasch Agency Account | $400.00 |

All in violation of 18 U.S.C. § 1344.

**COUNT 9**

**IDENTITY THEFT**

11. The allegations made in Paragraphs 1 through 8 and 10 above are incorporated by reference.

12. On or about March 11, 2004, in the District of Rhode Island, the defendant, GBADEBO ADEBIYI, did, in and affecting interstate and foreign commerce, knowingly use, without lawful authority, a means of identification of another person; to wit, New York State Driver's License number 231693349, in the name of Raymond J. Freda, with the intent to commit and in connection with bank fraud against Citizens in violation of 18 U.S.C. § 1344, in an amount greater than $1,000.00 during a one-year period.

All in violation of 18 U.S.C. §§ 1028(a)(7), (c)(3)(A) and (b)(1)(D).

**COUNT 10**

**AGGRAVATED IDENTIFICATION THEFT**

13. The allegations made in Paragraphs 1 through 8 and 10 above are incorporated by reference.

14. On or about March 11, 2004, in the District of Rhode Island, the defendant, GBADEBO ADEBIYI, during and in relation to the commission of bank fraud against Citizens in violation of 18 U.S.C. § 1344, did knowingly possess and use without lawful authority, a means of identification of another person, that is,

the New York State Driver's License and Driver's License number 231693349, of Raymond J. Freda.

All in violation of 18 U.S.C. §§ 1028A(a)(1) and (c)(5).

A TRUE BILL:

6-22-05

ROBERT CLARK CORRENTE
United States Attorney

GERARD B. SULLIVAN
Assistant U.S. Attorney
Criminal Chief

RICHARD W. ROSE
Assistant U.S. Attorney