1038539

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

## *District of Rhode Island*

UNITED STATES OF AMERICA

v.

GBADEBO ADEBIYI

**WARRANT FOR ARREST**

CASE NUMBER: CR05-77S

RECEIVED
JUN 22 2005
U.S. MARSHALS SERVICE
DISTRICT OF R.I.

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest GBADEBO ADEBIYI
Name

and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

BANK FRAUD; IDENTITY THEFT; AGGRAVATED IDENTIFICATION THEFT

in violation of Title 18 United States Code, Section(s) 1344 and 1028(a)(7), (c)(3)(A) and (b)(1)(D); and 1028A(a)(1) and (c)(5)

JEANNINE THEALL
Name of Issuing Officer

DEPUTY CLERK
Title of Issuing Officer

J. Theall
Signature of Issuing Officer

June 22, 2005 - PROVIDENCE, RI
Date and Location

Bail fixed at $ ________ by ________
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| at Chicago, IL by USSS | | |
| DATE RECEIVED 06/22/2005<br>DATE OF ARREST 06/30/2005 | NAME AND TITLE OF ARRESTING OFFICER<br>Charles Wyant<br>SDUSM | SIGNATURE OF ARRESTING OFFICER<br>Charles Wyant |

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.