**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER: CR05-77S** **DATE: September 6, 2005**

**TITLE: USA v. GBADEBO ADEBIYI**

**U.S. MAGISTRATE JUDGE LINCOLN D. ALMOND**

**COURTROOM CLERK: Jeannine Theall**

**COURT REPORTER: Taped**

**IN COURT:**

---

**COUNSEL PRESENT:**

Richard Rose, AUSA
Mary June Ciresi, Esq. (For Arraignment Only)
Heather McLoughlin, Pretrial Services

**PROCEEDINGS:**

Arraignment and Bail Hearing:

Court informs Deft of rights and charges.
Deft understands rights and charges.
Deft to fill out financial affidavit.
Deft waives reading of indictment.
Deft pleads not guilty.
Arraignment order entered.
Govt recommends bail.
No objection.
Deft released on $10,000.00 unsecured bond and conditions.
Deft advised of penalties.
Deft understands penalties.