AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

USA

v.

Gbadebo Adebiyi

APPEARANCE

CASE NUMBER: 05-775.

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for GBADEBO ADEBIYI

for the [illegible] purpose of arraignment

I certify that I am admitted to practice in this court.

6 September 2005
*Date*

[signature]
*Signature*

MARY JUNE CIRESI 3739
*Print Name* *Bar Number*

91 Friendship St 4th Floor
*Address*

Providence RI 02903
*City* *State* *Zip Code*

401 455-9600
*Phone Number* *Fax Number*

rm was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.