**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR No. 05-77S** |
| | ) | |
| **GBADEBO ADEBIYI** | ) | |

---

## MOTION FOR CONTINUANCE OF TRIAL

Now comes the accused, Gradebo Adebiyi, by and through his counsel, and moves this Honorable Court to continue the trial of this matter to the Court's December calendar.

In support of this motion, defense counsel states that he became aware of the Federal Defender Office being assigned this case as recently as September 23, 2005 and has not yet received the discovery in this matter.

As required by the Pretrial Discovery Order: The time requested under this motion should be deemed excludable under the Speedy Trial Act, 18 USC § 3161(h)(8). The interests of justice in allowing this excludable time outweigh the interests of the public and the defendant in a speedy trial, because only by allowing this excludable time can a disposition short of trial be reached in this matter, and it is in the interests of the public, the Court, the United States, and, potentially, the defendant, to dispose of matters without the necessity for a trial.

Respectfully submitted
Gbadebo Adebiyi
By his attorney,

Edward C. Roy
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281

**CERTIFICATION**

I hereby certify that I hand-delivered a copy of this motion to Richard Rose, Assistant United States Attorney, on September ~~26,~~ 27th 2005.