AO 458 (Rev. 5/85) Appearance

# United States District Court

DISTRICT OF RI

## APPEARANCE

CASE NUMBER: CR 05-77S

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Gbadebo Adebiyi.

27 September 2005
*Date*

Mary June Ciresi
*Signature*

MARY June Ciresi
*Print Name*

91 Friendship St 4th Floor
*Address*

Providence, RI 02903
*City* *State* *Zip Code*

401-455-9600
*Phone Number*