IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

VS. CR. No. 05-77S

GBADEBO ADEBIYI

MOTION TO CONTINUE

Now comes the defendant, through counsel, and respectfully requests the Honorable Court to continue this matter to the 2006 trial calendar. In support thereof, defendant states:

1. The discovery provided by the government is voluminous.
2. The defendant resides outside the State of Rhode Island
3. Counsel requires additional time to review the materials with the defendant in order to provide appropriate advice.
4. The matter is likely to result in a change of plea.
5. The defendant agrees that any enlargement of time granted by the court will be deemed excludable pursuant to $18 USC § 3161(h)(8).
6. Counsel has consulted with the attorney for the government and represents that the government does not oppose the request to continue.

Wherefore, defendant prays that the Honorable Court grant the request for a continuance and schedule this matter in 2006.

Gbadebo Adebiyi
By his attorney,

Mary June Ciresi
91 Friendship Street 4th Floor
Providence, RI 02903
401-455-9600
401-453-5903 (fax)
RI Bar No. 3739

CERTIFICATION

I hereby certify that a true copy of the within Motion to Continue was mailed, regular mail, postage prepaid, to Richard W. Rose, Assistant United States Attorney, District of Rhode Island, Fleet Center, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903 on this 9th day of November 2005.

Mary June Ciresi