IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
MAR 09 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA ) Case No.: 05-00077-01S

vs.

GBADEBO ADEBIYI, Defendant ) MOTION TO CONTINUE SENTENCING

Now comes the defendant, through counsel, in the above captioned matter and moves the Honorable Court to continue the sentencing, scheduled for March 17, 2006, to March 24, 2006 or after. In support thereof, Defendant states:

1. The Defendant resides out of state.
2. The presentence report has been provided to counsel and the defendant.
3. Counsel requires additional time to review the presentence report with the defendant.
4. Any enlargement of time granted by the court will be deemed excludable pursuant to $18 USC § 3161.
5. Counsel has conferred with the Government and represents that the Government does not oppose the request for a continuance.

Wherefore Defendant prays that the Honorable Court grant this request for a continuance in order to adequately and effectively prepare the case for the sentencing hearing.

GBADEBO ADEBIYI,
By his attorney,

MARY JUNE CIRESI
91 Friendship Street
4th Floor
Providence, RI 02903
401-455-9600 (tel)
401-453-5903 (fax)
RI Bar No. 3739

GRANTED
William E. Smith
U.S. District Judge
3/13/06