UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :
:
v. : CR. No. 05-077-S
:
GBADEBO ADEBIYI :

**GOVERNMENT'S MOTION TO DISMISS COUNT 10 OF THE INDICTMENT**

Now comes the United States Attorney, by and through Assistant United States Attorney Lee H. Vilker, and respectfully moves to dismiss Count 10 of the Indictment for the reasons stated in open court on April 28, 2006.

Respectfully submitted,

UNITED STATES OF AMERICA,
By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

Granted
WEW
USDJ
5/2/06

Lee Vilker

LEE H. VILKER
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on this ____ day of May, 2006 I caused to be sent a true copy of the within Government's Motion to Dismiss Count 10 of the Indictment:

Mary June Ciresi, Esq.
91 Friendship Street, 4th Floor
Providence, RI 02903

Dennis J. Jenkins
Supervising U.S. Probation Officer
U.S. Probation Office
36 Exchange Terrence, 3rd Fl.
Providence, RI 02903

______________________