**05 CR 603-1**
**JUDGE COAR**
**MAGISTRATE JUDGE DENLOW**

PROB.22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

| | | | |
|---|---|---|---|
| | | DOCKET NUMBER (Tran. Court) 1:05CR00077-001 | |
| | | DOCKET NUMBER (Rec. Court) | |
| NAME AND ADDRESS OF SUPERVISED RELEASEE<br>**Gbadebo Adebiyi** | DISTRICT<br>Rhode Island | DIVISION<br>Providence | |
| | NAME OF SENTENCING JUDGE<br>Honorable William E. Smith<br>U.S. District Judge | | |
| | DATES OF PROBATION / SUPERVISED RELEASEE | FROM:<br>July 25, 2008 | TO:<br>July 24, 2013 |

OFFENSE
Eight counts of Bank Fraud and One count of Identity Theft

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF **RHODE ISLAND**.

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee name above be transferred with the records of this Court to the United States District Court for the **NORTHERN DISTRICT OF ILLINOIS** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further Inquiry of this Court.*

8/8/08 — *Date*

WSmith — *Honorable William E. Smith*
*U.S. District Court Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **NORTHERN DISTRICT OF ILLINOIS**

IT IS HEREBY ORDERED that jurisdiction over the above-named probation/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

8/19/08 — *Date*

James F. Holderman — *United States District Judge*

A TRUE COPY-ATTEST
MICHAEL W. DOBBINS, CLERK
By [signature]
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
DATE: 8-25-08

DOCKETED
AUG 2 1 2008

FILED
8-19-08
AUG 1 9 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

9